# EXHIBIT

# A

BRIAN M. DRATCH, ESQ. 0186242000
THE DRATCH LAW FIRM
A Professional Corporation
Plaza I
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700
Attorneys for Plaintiff

| | |
|---|---|
| ANA ERALTE<br><br>Plaintiffs,<br><br>-against-<br><br>WALMART INC.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.<br><br>CIVIL ACTION<br><br>**COMPLAINT AND JURY DEMAND** |

THE DRATCH LAW FIRM, P.C. attorneys for the plaintiff by way of Complaint against the defendants says:

**THE PARTIES**

1. Plaintiff, Ana Erlate is an individual residing in Yonkers, New York.

2. Upon information and belief, Walmart Inc. ("defendant") is a corporation organized and existing under the laws of the State of Arkansas with its principle place of business located at 5501 S Olive St, Pine Bluff, AR, 71603-4799

3. Upon information and belief, defendant, owns, operates, manages and controls the premises located at 2100 88th St, North Bergen, NJ 07047

**FIRST COUNT**

4. On August 15, 2023 plaintiff was lawfully upon the premises for the purposes of shopping.

5. Defendant owed plaintiff a duty of reasonable care to provide a safe place for

plaintiff.

6. Defendant breached the aforesaid duty in that it failed to properly maintain and control the premises on August 15, 2023 so that plaintiff was caused to slip and fall resulting in severe and permanent injuries.

7. Due to the defendant's carelessness, recklessness and negligence, plaintiff was caused to suffer severe and permanent personal injuries, extreme pain and suffering, lost wages, emotional trauma, future pain and suffering, loss of enjoyment of life, incurring of medical expenses, disability and impairment.

**WHEREFORE,** plaintiff demands judgment against defendant for the following relief:

(a) damages;

(b) costs of suit;

(c) interest; and

(d) such other relief as the court deems just and proper.

**SECOND COUNT**

8. Plaintiffs repeats the allegations of the First Count as if the same were more fully set forth at length herein.

9. At all times mentioned herein defendant knew or should have known that the defendant's premises were a dangerous and hazardous condition.

10. Defendant owed a duty to its guests, including plaintiff, to warn of hazardous and unsafe conditions on its premises.

11. Defendant's failure to take reasonable precautions to warn plaintiff of unsafe and hazardous conditions on its premises was the proximate cause of plaintiff's severe and permanent personal injuries.

**WHEREFORE,** plaintiff demands judgment against defendant for the following relief:

(a) damages;

(b) costs of suit;

(c) interest; and

(d) such other relief as the court deems just and proper.

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury on all issues

**TRIAL COUNSEL DESIGNATION**

Plaintiffs hereby designate Brian M. Dratch, Esq. as their trial counsel in accordance with the Rules of Court.

THE DRATCH LAW FIRM, P.C.

By:________________________
BRIAN M. DRATCH

DATED: April 16, 2024

**CERTIFICATION**

I, Brian M. Dratch, Esq., hereby certify that in accordance with Rule 4:5-1 this is the only action presently pending and that no other action or arbitration is contemplated and that to plaintiffs' knowledge no other persons should be joined as a party in these proceedings.

________________________
BRIAN M. DRATCH

DATED: April 16, 2024